IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. Case No

Paula Stanton, a Colorado resident,

    Plaintiff,

v.

Encompass Indemnity Company, a foreign corporation; and Arrow Insurance Management, Inc., a Colorado corporation

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE OF MATTHEW R. STEVENS

PLEASE TAKE NOTICE that Matthew R. Stevens, of the law firm of Wheeler Trigg O'Donnell LLP, hereby enters his appearance in this matter as counsel for Defendant Encompass Indemnity Company.

Dated: January 11, 2012

Respectfully submitted,

s/ Matthew R. Stevens
Matthew R. Stevens
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, CO  80202-2817
303.244.1800
303.244.1879

Attorneys for Encompass Indemnity Company

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2012, I served a copy of the foregoing Notice of Entry of Appearance of Matthew R. Stevens on the following via U.S. mail, postage prepaid:

    Richard M. Kaudy, Esq.
    The Kaudy Law Firm, LLC
    1415 Larimer Street, Suite 300
    Denver, CO  80202

    Richard L. Eddington, Esq.
    Law Offices of Ralph A. Cantafio, P.C.
    345 Lincoln Avenue, Suite 202
    Steamboat Springs, CO  80487

                                 s/ Elise D. Norris