IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00069-WJM

PAULA STANTON, a Colorado resident,

       Plaintiff,

v.

ENCOMPASS INDEMNITY COMPANY, a
foreign corporation; and ARROW
INSURANCE MANAGEMENT, INC., a
Colorado corporation,

       Defendants.

### DEFENDANT ENCOMPASS INDEMNITY COMPANY'S NOTICE OF FILING OF STATE COURT DOCKET SHEET

Defendant Encompass Indemnity Company, through its undersigned attorney, in compliance with D.C.COLO.LCivR 81.1(B) and District of Colorado ECF Procedure 5.4(E), files the attached State Court Docket Sheet for Summit County District Court Case No. 2011cv679.

Respectfully submitted this 12th day of January, 2012.

                                    s/ Terence M. Ridley
                                    Terence M. Ridley
                                    Wheeler Trigg O'Donnell LLP
                                    1801 California Street, Suite 3600
                                    Denver, CO  80202
                                    Telephone No.:  303-244-1800
                                    Facsimile No.:  303-244-1879
                                    E-Mail:  ridley@wtotrial.com

                                    Attorney for Defendant
                                    Encompass Indemnity Company

## **CERTIFICATE OF SERVICE**

I certify that on January 12, 2012, I electronically filed the foregoing Defendant Encompass Indemnity Company's Notice of Filing of State Court Docket Sheet with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Richard L. Eddington**
  rickeddington@aol.com, becky@cantafiolaw.com

- **Richard Michael Kaudy**
  rkaudy@kaudylaw.com, alh@kaudyramos.com, mpf@kaudylaw.com, alexis@kaudylaw.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

- **Matthew Robert Stevens**
  stevens@wtotrial.com, hand@wtotrial.com

s/ Terence M. Ridley
Terence M. Ridley
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, CO  80202-2817
Telephone:  303.244.1800
Facsimile:  303.244.1879
E-mail:  ridley@wtotrial.com

Attorney for Defendant Encompass Indemnity Company