[Click to Print]                                                    Printed on: Thursday, January 12, 2012 16:34:38 MST

## Case History Search
Search Created:
Thursday, January 12, 2012 16:34:38 MST

| Submitted By: | Court | Plaintiff | Defendant |
|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| **Court:** | CO Summit County District Court 5th JD | **Judge:** | Thompson, Mark | | **File & Serve Live Date:** | 12/12/2011 |
| **Division:** | T - Division T | **Case Number:** | 2011CV679 | | **Document(s) Filed:** | 28 |
| **Case Type:** | Breach of Contract | **Case Name:** | STANTON, PAULA vs. ENCOMPASS INDEMNITY COMPANY et al | | **Date Range:** | All |

1-8 of 8 transactions   <<Prev Page 1 of 1 Next>>

| Transaction | Date/Time | Option | Case Number Case Name | Authorizer Organization | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|---|
| 41853454 | 1/12/2012 8:00 AM MST | File And Serve | 2011CV679 STANTON, PAULA vs. ENCOMPASS INDEMNITY COMPANY et al | Not Available, Not Available-n/a | Case Closed | Document filed in paper format--no additional information is available online | 0MB |
| 41827162 | 1/11/2012 5:18 PM MST | File And Serve | 2011CV679 STANTON, PAULA vs. ENCOMPASS INDEMNITY COMPANY et al | Terence M Ridley, Wheeler Trigg O'Donnell LLP | Notice of Removal | Defendant's Notice of Filing of Notice of Removal | 0.1MB |
| | | | | | Filing Other | Attachment to Notice of Filing of Notice of Removal - Notice of Removal Filed in US District Court for the District of Colorado | 0.1MB |
| | | | | | Filing Other | Exhibit A to Notice of Removal Filed in US District Court for the District of Colorado | 0.1MB |
| | | | | | Filing Other | Exhibit B to Notice of Removal Filed in US District Court for the District of Colorado | 0.1MB |
| | | | | | Filing Other | Exhibit C to Notice of Removal Filed in US District Court for the District of Colorado | 0.4MB |
| | | | | | Filing Other | Exhibit D to Notice of Removal Filed in US District Court for the District of Colorado | 0.1MB |
| | | | | | Filing Other | Exhibit E to Notice of Removal Filed in US District Court for the District of Colorado | 0.1MB |
| 41744380 | 1/6/2012 5:09 PM MST | File And Serve | 2011CV679 STANTON, PAULA vs. ENCOMPASS INDEMNITY COMPANY et al | Mark Thompson, CO Summit County District Court 5th JD | Order | Granted with Amendments (Proposed Order Re Defendant Encompass Indemnity Company's Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint)<br>• Linked to (1) | 0.1MB |
| 41670435 | 1/3/2012 7:30 PM MST | File And Serve | 2011CV679 STANTON, PAULA vs. ENCOMPASS INDEMNITY COMPANY et al | Richard Kaudy, Kaudy Law Firm | Response | Plaintiff's Response to Defendant Encompass' Motion for Extension to Respond | 0.1MB |
| | | | | | Proposed Order | Proposed Order | 0.1MB |

| 41645763 | 12/30/2011 6:41 PM MST | File And Serve | 2011CV679 STANTON, PAULA vs. ENCOMPASS INDEMNITY COMPANY et al | Terence M Ridley, Wheeler Trigg O'Donnell LLP | Motion | Defendant Encompass Indemnity Company's Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint<br>• Linked to (1) | 0.1MB |
|---|---|---|---|---|---|---|---|
| | | | | | Proposed Order | Proposed Order Re Defendant Encompass Indemnity Company's Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint<br>• Linked from (1) | 0.1MB |
| 41396524 | 12/14/2011 1:04 PM MST | File Only | 2011CV679 STANTON, PAULA vs. ENCOMPASS INDEMNITY COMPANY et al | Richard Kaudy, Kaudy Law Firm | Return of Service | Return Of Service - Encompass Indemnity Company<br>• Linked from (1) | 0.1MB |
| 41395072 | 12/14/2011 12:14 PM MST | File And Serve | 2011CV679 STANTON, PAULA vs. ENCOMPASS INDEMNITY COMPANY et al | Mark Thompson, CO Summit County District Court 5th JD | Order | delay reduction & e-filing order | 0.1MB |
| | | | | | Order | order for discovery protocol | 0.1MB |
| | | | | | Order | order re rule 121 duty to confer | 0.1MB |
| 41355250 | 12/12/2011 4:46 PM MST | File Only | 2011CV679 STANTON, PAULA vs. ENCOMPASS INDEMNITY COMPANY et al | Richard Kaudy, Kaudy Law Firm | Complaint and Jury Demand | Complaint and Jury Demand | 0.1MB |
| | | | | | Filing Other | Exhibit 1 | 0.1MB |
| | | | | | Filing Other | Exhibit 2 | 0.1MB |
| | | | | | Filing Other | Exhibit 3 | 0.1MB |
| | | | | | Filing Other | Exhibit 4 | 0.1MB |
| | | | | | Filing Other | Exhibit 5 | 0.1MB |
| | | | | | Filing Other | Exhibit 6 | 0.1MB |
| | | | | | Filing Other | Exhibit 7 | 0.2MB |
| | | | | | Filing Other | Exhibit 8 | 0.3MB |
| | | | | | Civil Case Cover Sheet | Civil Case Cover Sheet | 0.1MB |
| | | | | | Filing Other | Summons - Encompass Indemnity Company | 0.1MB |

1-8 of 8 transactions   <<Prev Page 1 of 1 Next>>