IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00069-WJM

PAULA STANTON, a Colorado resident,

   Plaintiff,

v.

ENCOMPASS INDEMNITY COMPANY, a
foreign corporation; and ARROW
INSURANCE MANAGEMENT, INC., a
Colorado corporation,

   Defendants.

---

**DEFENDANT ENCOMPASS INDEMNITY COMPANY'S CERTIFICATE OF SERVICE OF INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION PURSUANT TO 28 U.S.C. § 636(c), FED. R. CIV. P. 73, AND D.C.COLO.LCIVR 72.2**

---

I hereby certify that on January 12, 2012, a copy of the Instructions Regarding Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction Pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C.COLO.LCivR 72.2, was served via e-mail on the following:

  **Richard M. Kaudy**
    rkaudy@kaudylaw.com; alexis@kaudylaw.com; alh@kaudyramos.com;
    mpf@kaudylaw.com

  **Richard L. Eddington**
    rickeddington@aol.com; becky@cantafiolaw.com

I further certify that on January 12, 2012, I electronically filed this Certificate of Service with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Richard L. Eddington**
  rickeddington@aol.com, becky@cantafiolaw.com

- **Richard Michael Kaudy**
  rkaudy@kaudylaw.com, alh@kaudyramos.com, mpf@kaudylaw.com, alexis@kaudylaw.com

- **Terence M. Ridley**
  ridley@wtotrial.com, norris@wtotrial.com

- **Matthew Robert Stevens**
  stevens@wtotrial.com, hand@wtotrial.com

Dated:  January 12, 2012                    Respectfully submitted,


                                            s/ Terence M. Ridley
                                            _____
                                            Terence M. Ridley
                                            Wheeler Trigg O'Donnell LLP
                                            1801 California Street, Suite 3600
                                            Denver, CO  80202-2817
                                            Telephone:  303.244.1800
                                            Facsimile:  303.244.1879
                                            E-mail:  ridley@wtotrial.com

                                            Attorney for Defendant Encompass Indemnity
                                            Company