

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
OFFICE OF THE CLERK

GREGORY C. LANGHAM  
CLERK OF COURT

Room A-105  
Alfred A. Arraj United States Courthouse  
901 19th Street  
Denver, Colorado 80294  
Phone(303) 844-3433  
www.cod.uscourts.gov

January 17, 2012

District Court, Summit County, Colorado  
P.O. Box 269  
Breckenridge, Colorado 80424

RE:   12-cv-00069-WJM

       PAULA STANTON, a Colorado resident,

       Plaintiff,

       v.

       ENCOMPASS INDEMNITY COMPANY, a foreign corporation;  
       and ARROW INSURANCE MANAGEMENT, INC., a Colorado corporation,

       Defendants.

Dear Clerk:

    Enclosed are all the documents filed in the above-captioned case, which has been remanded to your court per Order of Judge William J. Martínez.

    Certified copies of the Order and Docket Sheet are also enclosed.

        Yours very truly,

        GREGORY C. LANGHAM, CLERK

          s/Deborah Hansen  
       By:   Deborah Hansen  
            Deputy Clerk